**Order entered January 2, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01252-CV

## SHERIE MCINTYRE, Appellant

## V.

## UNITED SUPERMARKETS, LLC, Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-04087-2018**

## ORDER

Before the Court is the December 31, 2019 request of Collin County District Clerk Lynne Finley for an extension of time to file the requested supplemental clerk's record. We **GRANT** the request and extend the time to **January 13, 2020**.

On the Court's own motion, we extend the time for appellant to file her brief on the merits to **January 17, 2020**.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE